**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 00-4174-BSS

UNITED STATES OF AMERICA,
Plaintiff,

v. Francisco Peres
Defendant.

RECEIVED & FILED IN OPEN COURT
on 7-12-00
FtV

ORDER ON INITIAL APPEARANCE

Language Spanish
Tape No. 00- 056
AUSA  Duty: Lanigan
Agent  DEA

The above-named defendant having been arrested on _7-12-00_, having appeared before the court for initial appearance on _7-12-00_ and proceedings having been held in accordance with F.R.Cr.P. 5 or 40(a), it is thereupon ORDERED as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

2. Federal Public Defender (Farnsworth) appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at _____ on _____, 20__

4. Arraignment/Preliminary/Bond/XXXX hearing is set for _7-21-00_ 1:00pm

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. 3142(d) or (f) because _____

   A detention hearing, pursuant to 18 U.S.C. 3142 (f), is set for _7-18-00_, 20__ 11:00 am

6. The defendant shall be released from custody upon posting of the following type of appearance bond, pursuant to 18 U.S.C. 3142:

   PTD Requested

This bond shall contain the standard conditions of bond printed in the form of this Court and, in addition, the defendant must comply with the special conditions checked below:

____ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court.

____ b. Report to Pretrial Services as follows: _____ times a week by phone _____ times a week in person; other _____

____ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.

____ d. Maintain or actively seek full-time gainful employment.

____ e. Maintain or begin an educational program

____ f. Avoid all contact with victims of or witnesses to the crimes charged.

____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.

____ h. Comply with the following curfew: _____

– 1 –

SD F M L
Rev 01 00

\_\_\_\_ i. Comply with the following additional special conditions of this bond: _____

_____

This bond was set :   At Arrest   _____

On Warrant  _____

After Hearing  _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

\_\_ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this 12 day of _____ July _____, 20 00 .

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION:
  WHITE to Court file
  BLUE to defendant
  GREEN to Assistant U.S. Attorney
  YELLOW to Counsel
  PINK to U.S. Marshal
  GOLD to Pretrial Services