| | | | |
|---|---|---|---|
| DEFT: | Francisco Perez (J)# | CASE NO: | 00-4174-BSS |
| AUSA: | Duty: Tom Janigan | ATTNY: | Robin Farnsworth |
| AGENT: | DEA | VIOL: | PWID Heroin |
| PROCEEDING: | Initial Appearance | BOND REC: | |

BOND HEARING HELD – yes/no   COUNSEL APPOINTED: _____

___ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
___ Electronic Monitoring

X - advised of charges
X - sworn for counsel

(Circle One)
Interpreter Request
No Interpreter
Not Known
(Specify Language)

FILED by _____ D.C.
JUL 12 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:  DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:    7-18-00    11:00am    Snow
PRELIM/ARRAIGN. OR REMOVAL:   7-31-00   11:00am   Snow
STATUS CONFERENCE:

DATE: 7-12-00    TIME: 11:00am    TAPE # 00-056 PG #

1916-2500