-cr-06197-WDF    Document 4    Entered on FLSD Docket 07/13/2000    P

FILED by _____ D.C.
JUL 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55398-004

UNITED STATES OF AMERICA )
            Plaintiff ) Case Number: CR_____
                      ) REPORT COMMENCING CRIMINAL
    -vs-               )         ACTION
                      )
FRANCISCO I. PEREZ    )
            Defendant
*********************************************************
TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court         (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 7-12-00    am/pm

(2)  Language Spoken: SPANISH

(3)  Offense(s) Charged: PWID ~~CO~~ HEROIN

(4)  U.S. Citizen [ ] Yes  [X] No  [ ] Unknown

(5)  Date of Birth: 8-19-59

(6)  Type of Charging Document: (check one)
     [ ] Indictment  [ ] Complaint  To be filed/Already filed
     Case# _____

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: SD/FL

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $_____
Who set Bond: _____

(7)  Remarks: _____

(8)  Date: 7-12-00    (9) Arresting Officer: _____

(10) Agency: DEA    (11) Phone: _____

(12) Comments: _____

