TPL:mmp

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6197 

21 USC 841(a)(1)
18 USC 2

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA   )
                           )
            Plaintiff,     )
vs.                        )
                           )
FRANCISCO IGNACIO PEREZ,   )
                           )
            Defendant.     )
_____)



**INDICTMENT**

The Grand Jury charges that:

On or about July 12, 2000, in Broward County, in the Southern District of Florida, the defendant,

FRANCISCO IGNACIO PEREZ,

did knowingly and intentionally possess with intent to distribute a Schedule I controlled substance, that is, in excess of 100 grams of a mixture and substance containing a detectable amount of heroin, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18,



United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. _____ |
|---|---|
| v.<br>**Francisco Ignacio Perez** | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| _____ | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)   Yes ____   No ____
Number of New Defendants ____
Total number of counts ____

____ Miami   ____ Key West
_X_ FTL     ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) _____
   List language and/or dialect   _____SPANISH_____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _X_ | Petty | ____ |
   | II | 6 to 10 days | ____ | Minor | ____ |
   | III | 11 to 20 days | ____ | Misdem. | ____ |
   | IV | 21 to 60 days | ____ | Felony | _X_ |
   | V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) YES_____
   If yes:
   Magistrate Case No.   00-4174-BSS_____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____July 12, 2000_____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) ___NO_____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No   If yes, was it pending in the Central Region? __ Yes __ No

8. Did this case originate in the Narcotics Section, Miami? __Yes _X_ No

_____
THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY
Court No. A5500033

\*Penalty Sheet(s) attached                                    REV.6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

Defendant's Name: **Francisco Ignacio Perez** Case No.: _____

Count #: **1**
**21 U.S.C. § 841(a)(1), 18 U.S.C. § 2   Possession with intent to distribute heroin.**

*Max. Penalty: **Mandatory minimum five years' up to forty years' imprisonment and $2,000,000 fine.**
==================================================================
Count #:

_____

*Max. Penalty:
==================================================================
Count #:

_____

*Max. Penalty:
==================================================================
Count #:

_____

*Max. Penalty:
==================================================================
     *Refers only to possible term of incarceration, does not
     include possible fines, restitution, special assessments,
     parole terms, or forfeitures that may be applicable.
==================================================================