**COURT MINUTES**

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT:   FRANCISCO PEREZ (J)                    CASE NO:   ~~00-1174-BSS~~ OO-6197-CR-WDF

AUSA:   TOM LANIGAN                            ATTY:   FPD   Bidwell

AGENT:                                         VIOL:

PROCEEDING:   PTD HEARING                      RECOMMENDED BOND:   PTD

BOND HEARING HELD - yes (no)                   COUNSEL APPOINTED:

BOND SET @:   _200,000 CSB_                     To be cosigned by:
                          w/Neb

❑   Do not violate any law.                     *Stipulated bond set w/*

❑   Appear in court as directed.                *gov't reserving the right to*

❑   Surrender and / or do not obtain passports / travel    *renew request for PTD*
    documents.

❑   Rpt to PTS as directed / or _____ x's a week/month
    by phone; _____ x's a week/month in person.        **Reading of Indictment Waived**

❑   Random urine testing by Pretrial Services. _____    **Not Guilty plea entered**
    Treatment as deemed necessary.                         **Jury trial demanded**
                                                           **Standing Discovery Order requested**

❑   Maintain or seek full - time employment.

❑   No contact with victims / witnesses.

❑   No firearms.                                    **(Circle One)**
                                                    Interpreter Required
❑   Curfew: _____.                No Interpreter
                                                    Not Known
❑   Travel extended to: _____.            *Spanish*
                                                    Specify Language

❑   Halfway House _____.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 8-2 | 11 | BSS | |

DATE:   7/18/00    TIME:   11    FTL/LSS TAPE # 00 - 038    Begin: 1004    End: 1073