```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
                                    CASE NO. 00-6197-CR-FERGUSON
UNITED STATES OF AMERICA

     vs

                                    ARRAIGNMENT INFORMATION SHEET
FRANCISCO PEREZ
```



The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JULY 18, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

```
     DEFENDANT:              Address:   CUSTODY
                             _____

                             Telephone:_____
     DEFENSE COUNSEL:        Name:      AFPD MARTIN BIDWILL
                             Address:   FEDERAL PUBLIC DEFENDERS
                             _____

                             Telephone:_____

     BOND SET/CONTINUED:     $     STIPULATED 200,000 CSB w/NEBBIA

Bond hearing held: yes_____   no X   Bond hearing set for_____

Dated this  18TH   day of    JULY           ,2000.

                             CLARENCE MADDOX
                             COURT ADMINISTRATOR/CLERK OF COURT

                             By: _____
                                 Deputy Clerk

                             Tape No.     00-038

cc: Copy for Judge
    U. S. Attorney
```

