UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6197-CR-FERGUSON

UNITED STATES OF AMERICA
         Plaintiff,

v.

FRANCISCO IGNACIO PEREZ,

         Defendant.
_____/

NIGHT BOX FILED
JUL 25 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### GOVERNMENT'S RESPONSE TO STANDING DISCOVERY ORDER

The United States of America, in response to the Standing Discovery Order issued in this case file this response which is alphabetized and numbered to correspond to that original order and states as follows:

    A.   1.   There are written or recorded statements made by the defendants. See attached statements of the defendant; executed advise of rights form and personal history report.

           2.   The defendant made oral statements after arrest, in response to interrogation by a then known-to-be government agent, reports of which are attached, which the government intends to offer in evidence at trial. See attached statement of the defendant.

           3.   Defendant did not testify before the grand jury.

           4.   Defendant does not have a criminal history.

           5.   Books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief, or were obtained from or belonging to the defendant, include but are not limited to: three clear zip lock bags containing a quantity (approximately 820 grams of brown colored heroin; one Spirit Airlines ticket, boarding pass and miscellaneous papers of Francisco Perez; one pair black spandex shorts; one Motorola pager and case; and one Erickson cellular telephone.

           6.   The results or reports of physical or mental examinations or scientific tests or experiments made in connection with this case, if any exist, will be provided as soon as they are received by the undersigned.

    B.   The United States requests the discovery and production



of those items described and listed in paragraph B of the Standing Discovery Order, and as provided by Federal Rule of Criminal Procedure 16(b).

C. The only information or material known to the United States which may be favorable to the defendant on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963) or United States v. Agurs, 427 U.S. 97 (1976) is as follows: None known

D. The existence and substance of payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses within the scope of United States v. Giglio, 405 U.S. 150 (1972) and Napue v. Illinois, 360 U.S. 264 (1959) is as follows: None Known

E. None Known

F. No defendants were identified in photo spreads or similar identification procedures.

G. The government agents and officers involved in this case have been advised to preserve all rough notes they may have taken.

H. The United States will advise the defendant, prior to trial, of its intent to introduce during its case in chief, evidence of other crimes, wrongs or acts as provided by Federal Rule of Evidence 404(b). Any evidence made available for inspection may be offered in the government's case in chief under Federal Rule of Evidence 404(b) or otherwise.

I. The defendant was not an aggrieved person as defined in Title 18, United States Code, Section 2510(11), that is, the defendant was not a party to any intercepted wire or oral communication or a person against whom the interception was directed.

J. The United States has ordered transcripts of the grand jury testimony of all witnesses who will testify for the government at the trial of this case. The transcripts will be provided as required by Title 18, United States Code, Section 3500.

K. There are controlled substances which are the subject of the indictment in this case. Lab report to be forwarded as soon it is received by the undersigned.

L. The United States did not seize or forfeit any automobile, vessel or aircraft allegedly used in the commission of the offenses in this indictment.

M. Latent fingerprints examination of the drugs recovered in this case has not been completed. Results of the fingerprint examination will be forwarded to counsel upon receipt by the

undersigned.

The United States demands, pursuant to Federal Rule of Criminal Procedure 12.1, notice of the defendant's intention to offer a defense of alibi. The approximate date, time and place at which the alleged offenses were committed are as follows:

Date:     July 12, 2000 at Approximately 6;30 am

Place:    Fort Lauderdale/Hollywood International Airport
          Broward County, Florida

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Thomas P. Lanigan
ASSISTANT UNITED STATES ATTORNEY
Court ID # A5500033
500 E. Broward Blvd Suite 700
Fort Lauderdale, FL 33301
(954) 356-7255 ext 3590
(954) 356-7230 fax

CERTIFICATE OF SERVICE

I hereby certify that a copy of this Government's Response to Standing Discovery Order was mailed this 25rd day of July ,2000 to the following:

Martin Bidwell, AFPD
101 NE 3rd avenue
Fort Lauderdale, FL 33301

_____
Thomas P. Lanigan
ASSISTANT UNITED STATES ATTORNEY

cc: S/A Robert Shinn, DEA

07/25/00 TUE 16:25 FAX 9544891901

-cr-06197-WDF Document 12    Entered on FLSD Docket 07/26/2000    P

U.S. Department of Justice
Drug Enforcement Administration

| **REPORT OF INVESTIGATION** | 1. File No. | 2. G-DEP Identifier |
|---|---|---|
| *(Continuation)* | 3. File Title PEREZ, Francisco | |
| 4. Page 3 of 5 | | |
| 5. Program Code  SUMMARY REPORT | 6. Date Prepared 07/19/00 | |

**WITNESSES**

Robert Wolfkill
Jose Interian
Milton Weiner
Broward County Domestic Interdiction Unit
Detectives, Fort Lauderdale, Florida

**DETAILS**

1. 

2. 

3. Detectives Wolfkill and Interian approached PEREZ, at which time Detective Interian identified Detective Wolfkill and himself as police officers in Spanish and displayed their respective badges and photo identification. PEREZ gave confusing information concerning his travel, at which time Detective Interian requested consent to search PEREZ and his carry-on bag, which PEREZ agreed.

4. Detective Interian conducted a consensual pat down search of PEREZ' mid section and felt plastic bags containing numerous hard pellets. Detective Interian asked PEREZ if he had drugs concealed inside his

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

07/25/00 TUE 16:26 FAX 9544891901

U.S. Department of Justice -cr-06197-WDF Document 12    Entered on FLSD Docket 07/26/2000    F
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No. GS-00-0155 | 2. G-DEP Identifier UCH1D- |
|---|---|---|
| *(Continuation)* | 3. File Title PEREZ, Francisco | |
| 4.<br>Page 4 of 5 | | |
| 5. Program Code<br>API 100 SUMMARY REPORT | 6. Date Prepared<br>07/19/00 | |

pants, at which time PEREZ replied yes. In order to continue the search in a more private area, PEREZ was placed in investigative detention and escorted to the DIU office, where he consented to the removal of his pants.

5. Upon removal of PEREZ' pants, S/A Shinn observed (3) clear plastic baggies containing numerous hard pellets of suspected heroin concealed inside PEREZ' spandex type shorts underneath his pants. These pellets weighed approximately 820 grams. S/A Shinn field tested one of the pellets, which tested positive for heroin, at which time PEREZ was place under arrest.

6. Detective Interian advised PEREZ of his constitutional rights in Spanish language as per Miranda and received acknowledgment from PEREZ that he understood his rights and agreed to waive same. PEREZ then gave the following statement regarding the events leading up to his arrest:

7. According to PEREZ, he moved to Maimi, Florida from Medellin, Colombia on May 2, 2000, to seek asylum. Perez then moved to New York City in June of 2000. PEREZ further stated that his initial involvement in narcotics trafficking started when he called his mother in Medellin, Colombia on July 8, 2000, at which time she told PEREZ that she was being threatened by two unknown subjects who wanted to speak with PEREZ. PEREZ' mother instructed him to call back the following day at an arranged time so he could speak with the subjects.

8. On July 9, 2000, PEREZ called his mothers residence in Medellin, Colombia, and spoke to the unknown subjects, who instructed PEREZ to meet another subjects known as Willie LNU in Jackson Heights, New York at the corner of 81 street and 37 avenue. At that location, Willie would provide PEREZ with further instructions. According to PEREZ, if he failed to meet Willie, the subjects threaten his mothers' life.

9. According to PEREZ, he met Willie at the above location in Jackson Heights, New York, at which time Willie instructed PEREZ to fly to Fort Lauderdale, Florida on July 11, 2000, and provided PEREZ with $800 U.S. currency for expenses. PEREZ further stated that upon arrival to the Fort Lauderdale/Hollywood International Airport on July 11, 2000, he was picked up by an unknown Colombian male, who took him to a hotel by the Miami International Airport. The unknown male instructed PEREZ to wait at the hotel until someone brought the drugs to him to transport back to New York.

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

07/25/00 TUE 16:27 FAX 9544891901

-cr-06197-WDF U.S. Department of Justice Document 12     Entered on FLSD Docket 07/26/2000    P
Drug Enforcement Administration

| REPORT OF INVESTIGATION | 1. File No.<br>GS-00-0155 | 2. G-DEP Identifier<br>UCH1D |
|---|---|---|
| (Continuation) | 3. File Title PEREZ, Francisco | |

| 4.<br>Page  5  of  5 | |
|---|---|
| 5. Program Code<br>API 100 SUMMARY REPORT` | 6. Date Prepared<br>07/19/00 |

10. Later in the day, on July 11, 2000, PEREZ stated that another Latin male arrived at PEREZ' hotel room and gave him the heroin and a pair of black spandex shorts and advised PEREZ how to place the heroin inside the shorts to avoid detection. PEREZ further stated that he walked to a travel agency near the hotel and the Miami International Airport and purchased an airline ticket on Spirit Airlines for New York.

11. On July 12, 2000, at approximately 5:30 A.M. PEREZ stated that he was picked up at his hotel by another Latin male driving a mini-van and provided a ride to the Fort Lauderdale/Hollywood International Airport. The unknown male told PEREZ that he would possibly be picked up at the LaGuardia Airport by another Latin male, however if he could not locate anyone, PEREZ was to take a cab to the Metro Motor Inn and he would be contacted by the cellular phone or pager, which was provided to PEREZ by Willie.

**INDEXING**

1. PEREZ, Francisco
   Colombian National, W/M, DOB: 08/19/59, 5' 10", 220 lbs., Brown hair, Brown eyes, Residential Address: 6121 48th Street, Medellin, Colombia, Residential Phone Number: 011-57-211-4945.

DEA Form    - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

1 - Prosecutor

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

**U. S. Department of Justice**
**Drug Enforcement Administration**   2000-GS-2652

# PERSONAL HISTORY REPORT

| 1. File Title | 2. File Number | 3. Program Code |
|---|---|---|
| PEREZ, Francisco Ignacio | GS-00-0155 | |
| | 4. Group No. | 5. G-DEP ID | 6. Date Prepared |
| | Group 1 | UCH1D | 07-12-00 |

**7. PURPOSE OF SUBMISSION:** [X] G-DEP DESCRIPTION  [X] ARREST  [ ] FUGITIVE DECLARATION

| 8. Subject Name (Last, First, Middle) | 9. Date of Birth (MM/DD/YYYY) |
|---|---|
| PEREZ, Francisco Ignacio | 08-19-1959 |
| 10. Alias Name | 11. Alternate Date of Birth |
| None | None |

| 12. NADDIS No. | 13. FBI No. | 14. Social Security No. | 15. Misc. Numbers (e.g., TECS; DRUG-X; Registrant; CSS No., etc.) |
|---|---|---|---|
| Pending | None | None | DRUG-X Negative |

| 16. Place of Birth (City, State/Country) | 17. Citizenship (Country) | 18. Alien Status |
|---|---|---|
| Colombia | Colombia | [ ] Illegal  [X] Legal (Alien Registration No.) |

| 19. Race | 20. Ethnicity | 21. Sex | 22. Color Hair | 23. Height |
|---|---|---|---|---|
| [ ] Black [ ] Asian-Pacific Islander [X] White [ ] Native American [ ] Unknown | [X] Hispanic [ ] Non-Hispanic [ ] Unknown | [X] Male [ ] Female | Brown | 5' 10" |
| | | | 24. Color Eyes | 25. Weight |
| | | | Brown | 220 lbs. |

| 26. Address (No., Street, Unit, City, State/Country, Zip Code) | 27. Identifying Characteristics (Scars, tattoos, marks, physical defects, etc.) |
|---|---|
| 6121 48th Street<br>Medellin, Colombia | None |

28. Telephone Number (Include Area Code)   211-4945 (unknown area code)

| 29. Occupation | 30. Employer Name and Address |
|---|---|
| Unemployed | N/A |
| | 31. Employer Telephone Number (include Area Code) N/A |

| 32. Passport No. | 33. Issue Date | 34. Issuing Country | 35. Expiration Date | 36. Name on Passport |
|---|---|---|---|---|
| CC70129862 | 11/10/98 | Colombia | 11/10/08 | Francisco Ignacio PEREZ |

| 37. Driver's License No. | 38. Issuing State/Country | 39. Expiration Date | 40. Name on License |
|---|---|---|---|
| C000701298624 | Colombia | 05/02 | Francisco Ignacio PEREZ |

| 41a. FAMILY INFORMATION (Last, First, Middle Name) | b. Age | c. Address (No. Street, Unit, City, State/Country) & Phone No. |
|---|---|---|
| Father<br>Unknown | N/A | N/A |
| Mother<br>PEREZ, Bernarda | Unk | Medellin, Colombia - Telephone #233-6066 |
| [X] Spouse [ ] Companion [ ] Paramour<br>PEREZ, Elizabeth | 42 | 6121 48th Street<br>Medellin, Colombia |
| Children<br>Unknown | | |
| Other Relatives<br>Unknown | (Relationship) | |

| 42a. Source of Supply (Name) | 43a. Criminal Associates (Use Remarks Section to Add Other Names) | 43b. NADDIS Nos. |
|---|---|---|
| "Willie" | Unknown | Unknown |
| 42b. NADDIS No.<br>Naddis Inconclusive | Uknown | Unknown |

## I. G-DEP DESCRIPTION (Complete for all G-DEP and Arrest Submissions.) Agents Manual 622

| 44. Submission: | 45. Subject's Principal Criminal Activity | 46. Subject's Principal Controlled Substance / Commodity |
|---|---|---|
| [X] Initial<br>[ ] Supplemental | Use Letter Code:   U<br>(See Agents Manual) | Use Letter-Number Code:   H1<br>(See Agents Manual) |

DEA Form - 202      Previous edition dated 9/95 may be used until supply is exhausted.