| | | | |
|---|---|---|---|
| DEFT: | Francisco Perez (no deft | CASE NO: | 00-6197-CR-Ferguson |
| AUSA: | Tom Lanigan/Bob Nicholson | ATTNY: | FPD: Marty Bidwill |
| AGENT: | | VIOL: | |
| PROCEEDING: | Status conference | BOND REC: | |

BOND HEARING HELD - yes/no      COUNSEL APPOINTED:

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

FILED by _____ D.C.
AUG 4 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ____ Halfway House
    ____ Electronic Monitoring

Discovery out
No motions
3 days to try
Gov't ready
Sept 18th calendar call trial date
△ - requests addl 30 days for motions —
Granted to 9/11/00
△ - has not rec'd discovery

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____
DATE: 8-4-00   TIME: 11:00am  11:30am   TAPE # 00-064   PG # 1-115

14