UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6197-CR-FERGUSON

UNITED STATES OF AMERICA,

VS.

FRANCISCO PEREZ,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on August 4, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require three days to try. Finally, the Government noted that this matter is likely to proceed to trial.

2. Defense counsel informed the Court that he has not yet received the Government's discovery response. Because the Court file reflects that it was forwarded by the prosecutor on July 25, defense counsel will contact the prosecutor to obtain the response. Further, the defense requested an enlargement of time within which to file pretrial motions. The undersigned granted the defense to and including September 11,

1

2000 to file any pretrial motions.

DATED at Fort Lauderdale, Florida this _____ day of August 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Thomas Lanigan, Esquire
Assistant United States Attorney

Martin Bidwell, Esquire
Assistant Federal Public Defender
Attorney for Defendant