UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6197-CR-FERGUSON
Magistrate Judge Snow

**NIGHT BOX FILED**
SEP 11 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

UNITED STATES OF AMERICA,

Plaintiff,

v.

FRANCISCO PEREZ,

Defendant.

_____/

### DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS

COMES NOW the defendant, Francisco Perez, by and through his undersigned attorney, and files his Motion For Extension of Time To File Pre-Trial Motions, and states as follows:

1. The above-styled matter is set for calendar call on September 18, 2000. The defendant has filed a written motion for continuance of the trial date.

2. At the status conference United States Magistrate Judge Barry S. Seltzer granted the defendant until September 11, 2000, within which to file pre-trial motions. The defendant will be filing a motion to suppress.

3. Because of commitments in other cases, including the filing of two appellate briefs within the last three business days, the undersigned has not been able to complete preparation of the motion to suppress.

4.    Accordingly, the undersigned respectfully requests two additional days within which to file pre-trial motions.

5.    The undersigned has not been able to speak to AUSA Tom Lanigan regarding his position on this motion.

WHEREFORE the defendant prays that the Court grant this motion and allow two additional days for filing pre-trial motions, so that said motions are due no later than September 13, 2000.

                    Respectfully submitted,

                    KATHLEEN M. WILLIAMS
                    FEDERAL PUBLIC DEFENDER

By: _____
      Martin J. Bidwill
      Assistant Federal Public Defender
      Attorney for Defendant
      Florida Bar No. 868795
      101 N.E. 3rd Avenue, Suite 202
      Fort Lauderdale, Florida 33301
      (954) 356-7436 / 356-7556 (Fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 12TH day of September, 2000, to Tom Lanigan, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

*Martin J. Bidwill*

Martin J. Bidwill