UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6197-CR-FERGUSON
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FRANCISCO PEREZ,

    Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW the defendant, by and through his undersigned attorney, and files his Unopposed Motion For Continuance, and states as follows:

1. The above-styled matter is set for trial on September 25, 2000, with a calendar call set for Monday, September 18, 2000. This is the first trial setting in this case.

2. The defendant is not ready for trial. The undersigned needs additional time to complete preparation for trial. Further, the undersigned needs additional time to complete the factual investigation in this matter, most of which involves out of district investigation.

3. Pursuant to the trial order of Senior United States District Judge James Lawrence King, the undersigned also advises the Court that he is set for trial on the Key West calendar



commencing September 25, 2000, in the case of the *United States v. Raciel Nunez-Toribio, et al.*, 00-10009-CR-KING.

4. The undersigned has spoken with AUSA Tom Lanigan about this motion, and AUSA Lanigan has authorized the undersigned to represent that the Government has no objection to the court granting this motion.

WHEREFORE the defendant prays that the Court grant this motion and continue the trial of this cause.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

2

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 11th day of September, 2000, to Thomas Lanigan, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, FL 33301

Martin J. Bidwill