UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6197-CR-FERGUSON
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

FRANCISCO PEREZ,

    Defendant.

_____/

FILED by _____ D.C.

SEP 1 3 2000

C. _____ ___ ____
S. ___ ___ ___ ___ LAUD.

## ORDER

THIS CAUSE has come before the Court upon the Defendant's Motion for Extension of

Time to File Pre-trial Motions.

Accordingly, having considered the Motion and the record, and being otherwise duly advised

in the premises, it is hereby ORDERED and ADJUDGED that the defendant's Motion is

GRANTED. The defendant shall have until September 13, 2000, to file pre-trial motions.

DONE AND ORDERED at Fort Lauderdale, Florida, this _____ day of September, 2000.

WILKIE D. FERGUSON
United States District Court Judge

cc:    Martin J. Bidwill, AFPD
       Tom Lanigan, AUSA