UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

    Case No. 00-6197-CR-FERGUSON

FRANCISCO PEREZ,
    Defendant.

_____

**ORDER OF REFERENCE TO U.S. MAGISTRATE**

Pursuant to 28 U.S.C. § 636 and Local Magistrates Rules 1-4, the following is referred to U.S. Magistrate Lurana Snow, for a Report and Recommendation and/or Order: Motion To Suppress Physical evidence & Statements.

**DONE AND ORDERED** at Fort Lauderdale, Florida, this 20th day of September 2000.

    WILKIE D. FERGUSON, JR.
    UNITED STATES DISTRICT JUDGE

c:    U.S. Magistrate Lurana Snow
    Thomas Lanigan, AUSA
    Martin Bidwell, AFPD

