UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6197-CR-FERGUSON

UNITED STATES OF AMERICA,       :

    Plaintiff,              :

v.                              :

FRANCISCO PEREZ,                :

    Defendant.              :

**N O T I C E**

FILED by _____ D.C.
SEP 26 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

---

**Type of Case:** Criminal

---

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

---

**PLACE:**

Federal Courthouse
299 E. Broward Boulevard
Fort Lauderdale, Florida 33301

**COURTROOM:** D
    **ROOM:** 203

**DATE:** October 16, 2000
**TIME:** 1:30 p.m.

---

**TYPE OF PROCEEDING:**

Hearing on the defendant's Motion to Suppress Physical Evidence & Statements.

---

Date: 9/26/00

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

(By) Deputy Clerk

Copies to:

AUSA Tom Lanigan (FTL)
AFPD Martin Bidwill (WPB)