UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6197-CR-FERGUSON
Magistrate Judge Snow

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO PEREZ,

    Defendant.

_____/



## DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW the defendant, by and through his undersigned attorney, and files his Unopposed Motion For Continuance, and states as follows:

1. The above-styled matter is set for trial on October 23, 2000, with a calendar call set for Monday, October 16, 2000. This is the second trial setting in this case.

2. The defendant is not ready for trial. The undersigned needs additional time to complete preparation for trial. Further, the undersigned needs additional time to complete the factual investigation in this matter, most of which involves out of district investigation.

3. United States Magistrate Judge Lurana S. Snow has set the evidentiary hearing on defendant's motion to suppress for October 16, 2000. Upon receipt of the magistrate judge's ruling, it is anticipated that, irrespective of the ruling, the party against whom the magistrate judge rules will



order a transcript to allow de novo review by the district court. Further, objections will have to be prepared to any report and recommendation issued by the magistrate judge.

4.  The undersigned has spoken with AUSA Tom Lanigan about this motion, and AUSA Lanigan has authorized the undersigned to represent that the Government has no objection to the court granting this motion. AUSA Lanigan also advises that he is set to begin trial before Judge Gonzalez on October 18, 2000, in the case of *United States v. Nigel Gillings*, 98-6105-CR-FERGUSON, and that the Gillings trial is likely to last about 1 week.

WHEREFORE the defendant prays that the Court grant this motion and continue the trial of this cause.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / 356-7556 (Fax)

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 13th day of October, 2000, to Thomas Lanigan, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, FL 33301

Martin J. Bidwill