UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



UNITED STATES OF AMERICA

vs.                              CASE NO: 00-6197-CR-FERGUSON

FRANCISCO PEREZ
     Prisoner #55398-004

===============================================================

MAGISTRATE JUDGE: LURANA S. SNOW

DEPUTY CLERK: PENNY BUTLER

COURT REPORTER: Bonnie Lewis
                Lewis Reporting

DATE: 10/16/00         TIME: 1:30 P.M.

TYPE OF HEARING: MOTION TO SUPPRESS

===============================================================

COUNSEL: AUSA TOM LANIGAN

         MARTIN BIDWILL, AFPD

REMARKS: hrg held.

26