**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

OCT 16 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

HONORABLE ___WILKIE D. FERGUSON, JR.___ Presiding

Case No. _OO-6197-CR-WDF_   Date: _10/16/00_

Clerk: ___Deloris McIntosh___   Reporter: _Paul Haferling_

USPO: _____   Interpreter: None

**UNITED STATES OF AMERICA vs.** _FRANCISCO PEREZ (J)_

AUSA: _Tom Lanigan_

Defendant(s) Counsel: _Marty Bidwill_

Defendant(s) Present___ Not Present__ In Custody__

Reason for hearing: _Calendar Call_

Result of hearing: _Motion for Continuance granted_

Case Continued to: _11/3/00_ Time: _3:15_ P.M. For: _Calendar Call_

27