UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6197-CR-FERGUSON/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO PEREZ,

    Defendant.

_____/



## DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

COMES NOW the defendant Francisco Perez, by and through his undersigned attorney, and files his Notice of Supplemental Authority, providing additional authority upon which the defendant relies in support of his motion to suppress:

(1) *United States v. Guapi*, 144 F.3d 1393 (11th Cir. 1998)(finding bus search violated Fourth Amendment in part because police officers did not advise passenger of right not to consent to search);

(2) *United States v. Washington*, 151 F.3d 1354 (11th Cir. 1998)(finding bus search violated Fourth Amendment noting that "[a]bsent some positive indication that they were free not to cooperate, it is doubtful a passenger would think he or she had the choice to ignore the police presence.");

(3) *United States v. Drayton*, 2000 WL 1584545 (11th Cir., October 24, 2000)(Case No. 99-13814) (same);

(4) *United States v. Hill*, 939 F.2d 934 (11th Cir. 1991) (noting that a search is only considered to be at the functional equivalent of the border if there is (1) reasonable certainty that the border was crossed; (2) no opportunity for the object of the search to have changed materially since the crossing; and (3) the search must have occurred at the earliest practicable point after the border crossing);

(5) *United States v. Cardenas*, 9 F.3d 1139, 1148 (5th Cir. 1993) (noting that an **extended** border search is only permitted where there is (1) a showing of a reasonable certainty or high degree of probability that a border crossing has occurred; (2) a showing of reasonable certainty that there has been no change in the condition of the person being inspected since he crossed the border; and (3) there is a reasonable suspicion that criminal activity was occurring);

(6) *Reid v. Georgia*, 448 U.S. 438 (1980)(finding investigatory airport stop unjustified based upon similar factors advanced here).

                                          Respectfully submitted,

                                          KATHLEEN M. WILLIAMS
                                          FEDERAL PUBLIC DEFENDER

By:    _[signature]_

                                          Martin J. Bidwill
                                          Assistant Federal Public Defender
                                          Attorney for Defendant
                                          Florida Bar No. 868795
                                          400 Australian Avenue North, #300
                                          West Palm Beach, FL 33401
                                          Telephone: (561) 833-6288
                                          Fax:  (561) 833-0368

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 2_7th_ day of October, 2000, to Assistant United States Attorney Tom Lanigan, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

Martin J. Bidwill