UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO. 00-CR-6197-WDF

THE UNITED STATES OF AMERICA,                MIAMI, FLORIDA
                                             OCTOBER 16, 2000
            PLAINTIFF,                       VOLUME I, PAGE 1 - 125

VS

FRANCISCO PEREZ,                             **ORIGINAL**

            DEFENDANT.

==============================================================

TRANSCRIPT OF MOTION TO SUPPRESS BEFORE
THE HONORABLE LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE


**APPEARANCES:**

FOR THE PLAINTIFF:              THOMAS P. LANIGAN, A.U.S.A.
                                500 EAST BROWARD BOULEVARD,
                                SUITE 700,
                                FORT LAUDERDALE, FL. 33394


FOR THE DEFENDANT:              MARTIN J. BIDWILL, A.F.P.D.
                                101 NORTHEAST 3RD AVENUE,
                                SUITE 202,
                                FORT LAUDERDALE, FL. 33301


ALSO PRESENT:                   ANA GOMEZ-MALADA - and -
                                EDNA BRETFIELD, Certified
                                Spanish Court Interpreters


REPORTED BY:                    BONNIE K. J. LEWIS, R.P.R.
                                LEWIS REPORTING SERVICES,
                                7001 SOUTHWEST 13TH STREET,
                                PEMBROKE PINES, FLORIDA 33301

*LEWIS REPORTING SERVICES   (954) 985-8875*

INDEX
-----

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| DET. JOSE INTERIAN | | | | |
| By Mr. Lanigan: | 9 | | 52 | |
| By Mr. Bidwill: | | 28 | | |
| DET. WOLFKILL | | | | |
| By Mr. Bidwill: | 57 | | 75 | |
| By Mr. Lanigan: | | 73 | | |
| FRANCISCO PEREZ | | | | |
| By Mr. Bidwill: | 77 | | 105 | |
| By Mr. Lanigan: | | 85 | | |
| DET. SANTIAGO | | | | |
| By Mr. Bidwill: | 107 | | | |
| By Mr. Lanigan: | | 108 | | |

E X H I B I T S
---------------

|  | PAGE |
|---|---|
| Government's Exhibit No. 1: | 12 |
| Government's Exhibit Nos. 2, 3: | 20 |
| Government's Exhibit No. 4: | 21 |
| Defense Exhibit No. 1, 2: | 106 |
| Defense Exhibit No. 3: | 109 |

*LEWIS REPORTING SERVICES   (954) 985-8875*

# NOT

# SCANNED

PLEASE REFER TO COURT FILE