TPL:am



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6197-CR-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRANCISCO PEREZ,

        Defendant.
_____/

## GOVERNMENT'S UNOPPOSED MOTION FOR 10 DAY EXTENSION OF TIME IN WHICH TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION

COMES NOW the United States of America by and through the undersigned Assistant United States Attorney and files this government's unopposed motion for extension of time in which to file objections to Magistrate Judge's Report and Recommendation and in support thereof states as follows:

1.     On November 30, 2000, the Honorable Magistrate Judge Lurana Snow issued a Report And Recommendation granting the Defendant's motion to suppress evidence.

2.     The undersigned is in the process of obtaining the transcript of the hearing and further researching the issues.



3. The undersigned is also preparing for trial in <u>United States v. Nigel Gillings</u>, Case No. 98-6150-Cr-Ferguson, scheduled to begin on December 11, 2000 before Judge Gonzalez.

4. The undersigned hereby respectfully requests a ten (10) day extension of time to properly review the transcript of the hearing and respond to these complex issues.

5. On December 1, 2000, the undersigned contacted Martin Bidwell, Supervisory Federal Public Defender assigned to this case, and advised Mr. Bidwell of the government's motion. Mr. Bidwell advised that he did not oppose the government's motion.

6. The government's response is currently due on or before December 10, 2000. If the court were to grant the government's unopposed motion the objections would be due on or before December 20, 2000.

WHEREFORE, based on the above, the government respectfully requests that this Honorable Court grant the government's motion for a ten (10) day extension of time.

                    Respectfully submitted,

                    GUY A. LEWIS
                    UNITED STATES ATTORNEY

By: *[signature]*

THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY
Court I.D. No. A5500033
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
Telephone: (954) 356-7255, Ext. 3590
Facsimile: (954) 356-7336
E-Mail: Thomas.Lanigan@usdoj.gov

2

CERTIFICATE OF TRIAL

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 4th day of December, 2000 to Martin Bidwell, Supervisory Federal Public Defender, 400 North Australian Ave, Suite 300 West Palm Beach, Florida 33401.

THOMAS P. LANIGAN
ASSISTANT UNITED STATES ATTORNEY

TPL:am

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6197-CR-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRANCISCO PEREZ,

        Defendant.
_____/

## ORDER

THIS CAUSE has come before the Court on the government's unopposed motion for a 10 day extension of time in which to file objections to Magistrate Judge's Report and Recommendation granting Defendant's motion to suppress issued November 30, 2000.

    For good cause being shown,

    it is ORDERED and ADJUDGED that the United States of America's unopposed motion for a 10 day extension of time is granted, making the government's objections due on or before December 20, 2000.

    DONE and ORDERED in chambers at Fort Lauderdale, Florida this ___ day of December, 2000.

                                                        WILKIE D. FERGUSON, JR.
                                                        UNITED STATES DISTRICT JUDGE

cc:    AUSA Lanigan
        SAFPD Martin Bidwell