

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6197-CR-FERGUSON

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FRANCISCO PEREZ,

        Defendant.

_____/

## ORDER

THIS CAUSE has come before the Court on the government's unopposed motion for a 10 day extension of time in which to file objections to Magistrate Judge's Report and Recommendation granting Defendant's motion to suppress issued November 30, 2000.

For good cause being shown,

it is ORDERED and ADJUDGED that the United States of America's unopposed motion for a 10 day extension of time is granted, making the government's objections due on or before December 20, 2000.

DONE and ORDERED in chambers at Fort Lauderdale, Florida this ___ day of December, 2000.

                                WILKIE D. FERGUSON, JR.
                                UNITED STATES DISTRICT JUDGE

cc:   AUSA Lanigan
       SAFPD Martin Bidwell