UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
               Plaintiff,

        Vs.                 Case No. 00-6197-CR-FERGUSON

FRANCISCO PEREZ,
               Defendant.
_____/

FILED by _____ D.C.

'JAN 1 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER ADOPTING MAGISTRATES REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on [D.E. # 32].

THE MATTER was referred to the Honorable Lurana Snow, United States

Magistrate Judge. A Report and Recommendation dated November 30, 2000, has

been filed. Having duly considered the motion, response, report and

recommendation, objections thereto, and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation, is

hereby **_ADOPTED_** as the finding and conclusions of this Court.

**DONE AND ORDERED** at Fort Lauderdale, Florida this _____ / 6. TH _____ day

of January 2001.

                WILKIE D. FERGUSON, JR.,
                UNITED STATES DISTRICT JUDGE

Magistrate Judge Snow, Tom Lanigan, AUSA, Martin Bidwill, AFPD