UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6197-CR-FERGUSON



FILED BY
2001 JAN 26 PH 4: 05
CLERK
S.D. OF FLA-FTL

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO PEREZ,

    Defendant.

_____/

## MOTION TO PLACE CASE ON TRIAL CALENDAR

COMES NOW the Defendant, Francisco Perez, by and through his undersigned attorney, and files his Motion to Place Case on Trial Calendar, and states as follows:

1. On November 30, 2000, Magistrate Judge Lurana S. Snow issued a Report and Recommendation wherein she recommended the Court grant the defendant's Motion to Suppress Physical Evidence and Statements.

2. On January 16, 2001, this Court issued an order adopting Magistrate Judge Snow's Report and Recommendation.

3. The case is not currently set for trial, and the defendant remains incarcerated at FDC Miami. Consequently, the defendant requests that the Court reset this Motion on the next trial calendar.



4.  The undersigned has attempted to speak with Assistant United State Attorney Thomas Lanigan about this motion but was unable to speak with him.

WHEREFORE the defendant prays that this Court grant this motion and reset this matter on the next trial calendar or for a status conference.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
400 Australian Avenue North, #300
West Palm Beach, Florida 33401
(561) 833-6288/833-0368(fax)

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 26th day of January, 2001, to Thomas Lanigan, Assistant United States Attorney, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____
Martin J. Bidwill

2