UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6197-CR-FERGUSON
Magistrate Judge Snow

UNITED STATES OF AMERICA,

        Plaintiff,

        v.

FRANCISCO PEREZ,

        Defendant.

_____/



### DEFENDANT'S MOTION TO SET BOND

COMES NOW the defendant Francisco Perez, by and through his undersigned attorney, and files his Motion To Set Bond, and states as follows:

1.    On January 16, 2001, this Court issued an order adopting Magistrate Judge Snow's Report and Recommendation and granting the defendant's motion to suppress all physical evidence and statements.

2.    To the undersigned's knowledge, the Government has not filed an appeal from this order within the time allowed under the Rules of Appellate Procedure.

3.    Without the evidence suppressed by the Court, the undersigned respectfully suggests that the Government has no evidence upon which to sustain the pending charge.



4. The case is not currently set for trial, and the defendant remains incarcerated at FDC Miami. Consequently, the defendant requests that the Court reset this case on the next trial calendar and in the interim set a bond releasing the defendant. The defendant filed a Motion To Reset on Trial Calendar on January 26, 2001, which remains pending.

5. The undersigned has attempted to contact AUSA Tom Lanigan about this motion but was unable to speak with him.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____ (for)

Martin J. Bidwill
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 868795
400 Australian Avenue, #300
West Palm Beach, Florida 33401
(561) 833-6288/833-0368

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 21st day of February, 2001, to Assistant United States Attorney Thomas Lanigan, 299 East Broward Boulevard, Fort Lauderdale, Florida 33301.

_____ (for)

Martin J. Bidwill

2