UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

Vs.                        Case No. 00-6197-CR-FERGUSON

FRANCISCO PEREZ,
    Defendant.
_____/

FILED by _____ D.C.

**FEB 28 2001**

## ORDER DISMISSING CAUSE

By an order dated January 16, 2001 this Court adopted a Report and Recommendation of the Magistrate for granting the defendant's motion to suppress all physical evidence and statements in this drug courier case. The government has not responded to the Court's inquiry whether it can, or intends to proceed with the prosecution. The defendant contends, in it's motion for bond, "that the Government has no evidence upon which to sustain the pending charge".

Having fully considered the record, it is clear that the government cannot maintain this prosecution unless the appellate reverses the order suppressing evidence and statements. Accordingly, this case is ***DISMISSED*** and the defendant is ***DISCHARGED***. The discharge provision of this order is stayed until March 6, 2001, so that the government, if it chooses, may file a motion for reconsideration.

**DONE AND ORDERED** at Fort Lauderdale, Florida this __28th__ day of February 2001.

39

_____
WILKIE D. FERGUSON, JR.,
UNITED STATES DISTRICT JUDGE

copies:
Tom Lanigan, AUSA
Marty Bidwill, AFPD
U.S. Marshal Service